

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jeffrey Lawrence MacDonald, Appellant

No. 06-15-00195-CR        v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 44,604-A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the assessment of attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jeffrey Lawrence MacDonald, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk